# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LILLIAN POLK, | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BRANDYWINE HOSPITAL, | : | No. 15-1763 |
| *Defendant*. | : | |

## O R D E R

**AND NOW**, this 16th day of June, 2015, upon consideration of Defendant Brandywine Hospital's Motion to Dismiss (Doc. No. 6), it is **hereby ORDERED** that the Motion is DENIED.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge

1